NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD.,**
*Plaintiffs-Appellees*

**v.**

**CIPLA LTD.,**
*Defendant-Appellant*

---

2023-2241

---

Appeal from the United States District Court for the District of New Jersey in Nos. 2:20-cv-10172-JXN-MAH, 2:20-cv-14833-JXN-MAH, 2:20-cv-14890-JXN-MAH, Judge Julien X. Neals.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

The parties jointly move to remand the above-captioned appeal to the district court, with each side to bear their own fees and costs.

Upon consideration thereof,

2       TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC. v.
                                                    CIPLA LTD.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 11, 2025
        Date

ISSUED AS MANDATE:  February 11, 2025